Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email:  wpfau@potterpadillalaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RUIZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 2:23-cv-02528-MAA<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

　　　IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of $7,000 (Seven Thousand Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: April 29, 2024　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-